UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:22-cv-60729-WPD

TWOWS, LLC,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.
_____/

## NOTICE OF VOLUNTARY DISMISSAL AS TO CERTAIN DEFENDANTS ONLY

PLEASE TAKE NOTICE, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) and by undersigned counsel, Plaintiff hereby voluntarily dismisses with prejudice all claims against the following Defendants:

AYXG (Defendant No. 12 on Schedule "A" to the Complaint).

| Date:  June 27, 2022 | Respectfully submitted by, |
|---|---|
| | THE BRICKELL IP GROUP, PLLC<br>1101 Brickell Avenue<br>South Tower, Suite 800<br>Miami FL, 33131<br>Tel: 305-728-8831<br>Fax: 305-428-2450 |
| | By:   */s/ Nicole Fundora*<br>     Richard Guerra<br>     Fla. Bar No. 689521<br>     Email: rguerra@brickellip.com<br>     Nicole Fundora<br>     Fla. Bar No. 1010231<br>     Email: nfundora@brickellip.com<br>     *Counsel for Plaintiff* |