UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:22-cv-60729-WPD

TWOWS, LLC

   Plaintiff,
v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

   Defendants.
_____/

## ORDER TO SHOW CAUSE FOR LACK OF PROSECUTION

THIS CAUSE is before the Court *sua sponte*.

A court has the inherent power to *sua sponte* dismiss a case for lack of prosecution. *See Link v. Wabash Railroad Co.*, 370 U.S. 626, 630 (1962). Pursuant to Rule 41(b), a district court may dismiss a complaint for failure to prosecute or failure to comply with a court order or the federal rules. Fed. R. Civ. P. 41(b).

Plaintiff commenced this action on April 12, 2022. [DE 1]. The Clerk entered a Default against multiple Defendants on June 24, 2022. [DE 47]. However, Plaintiff has not yet moved for a default judgment against Defendants.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. On or before **July 12, 2022**, Plaintiff shall either move for default judgment against Defendants or show cause for failure to do so; and

2. A failure to comply with this Order may result in immediate dismissal of this action without prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 5th day of July, 2022.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

Copies provided to:

Counsel of Record

**SCHEDULE "A"**
**DEFENDANTS BY NUMBER AND SUBJECT DOMAIN NAME**

| Def. No. | Defendant / Subject Domain Name |
|---|---|
| 1 | cheapyeticups.com |
| 1 | ytcupsale.com |
| 1 | newagetouch.com |
| 2 | ajerseysshop.com |
| 3 | allcupsonoutlet.com |
| 3 | cupvipdeals.com |
| 3 | svipcupsale.com |
| 4 | bottlecupshop.com |
| 5 | buyramblershop.com |
| 5 | vipramblerdeal.com |
| 5 | vipramblers.com |
| 5 | vipramblersale.com |
| 5 | vrnaslv.com |
| 6 | tumbler4sale.com |
| 6 | cheapyetitumblers.com |
| 6 | ramblersstore.com |
| 6 | vipramblerstore.com |
| 6 | yzyon.com |
| 7 | fashionagoods.com |
| 7 | fashiondiygoods.com |
| 7 | myfashionmode.com |
| 7 | stylediygoods.com |
| 8 | jaketheoldore.com |
| 8 | lauradonovanbridal.com |
| 9 | landlordtrader.co.uk |
| 10 | newyeticups.com |
| 11 | outletyeticups.com |
| 12 | ramblerdiscount.com |
| 13 | ramblersaleus.com |

| 14 | ramblershopusa.com |
|----|----|
| 15 | ramblersmall.com |
| 16 | shopyeticups.com |
| 17 | usramblerdeal.com |
| 18 | usramblersale.com |
| 19 | usramblershop.com |
| 20 | usramblerstore.com |
| 21 | vipramblersstore.com |
| 22 | wholesalesrambler.com |
| 22 | wholesalesyetirambler.com |
| 23 | wholesaleyeticup.org |
| 24 | yeti-cupshop.com |
| 25 | yetidiscountstore.com |
| 25 | yetidiscount.com |
| 26 | yetikscs.com |
| 26 | yetioszs.com |