UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:22-cv-60729-WPD

TWOWS, LLC,

    Plaintiff,

v.

THE INDIVIDUALS, PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A,"

    Defendants.

_____/

## NOTICE OF ENTRY OF PARTIES

Plaintiff hereby gives notice that the Defendants[1] identified below are being added as parties to this matter.

    884512
    15670803329
    *miniposters*
    15rdark09
    3e4t5t2
    800k
    888.mob
    90psk
    99aoow
    abhithakur970
    Adder
    AdelyaMihneva6089
    adjoins
    AgataKlyuchnikova3132
    aimarula
    aisa84541
    AlessioCacciatore

---

[1] Defendants were previously listed on Schedule A to the Complaint.

AllicioClothing
AlvisAlvayBbVh
AnastasiyaSigacheva6367
Angdone
AngelinaZolotareva6590
AnimalFart
Anime Shop
anjia fashion
Anthony Colvin
AnywhereDecorStore
Archie Ramirez
ariqiyan32447
arkwat75641
arshadtp
artdesign802
ArtFairShop
atg_memorabilia
aurelievanessa-21
ayuer
baiqian1546
barmugman
Barrycx
Be Colorful Store
Benigoodman
Beth-Moore10
BeyondUniqueStore
BiggerThanPrintsShop
Bill Saunders
blalal-0
BlancoByMax
BlockbusterVideo
BLVINECompany
Bobeiyou pants
BogdanaSHklyar8482
BoldBlocDesignLtd
boudrioux
brocej fashion
brodiep
BryanRiosss
BurciagaSteven

Burst Passion
buyascript
bymerchantee
CactusYamaha
caihou fashion
caipingwei Store
CamasL
canbencanben
canvas.major
CanvasEmpireGlobal
CanvasEmpires
CanvasGlassArtDesign
CanvasGlassArtStore
caojun5563
Carcasse
Care and miss
CarisoWallArt
CasualDays
CatKittyStore
CatsTees
cccy0518
Chai Time
Charlotte McCullough
chayouxian Store
Cheburekas05
CHEN YANG WEN
chengranran24217
chenjunchao7897
chenshanyu1999
chenshimei973043
chenweilan
Cheryl\tScott
chet
chiyifan6688
Christr
cine-fille
cinema-prints
cinemascenes
cinemategifts
classicgraphs_uk

ClaudiaVarosio
clh9000
crr19950610
Cruch
CustomSkinsCo
cyi6
cynthiaLAU
d8i99d
daijuan Store
DailyDrive
danerhcyre
danielmartos
Danyya
DarinkaSHaroshchenkova8934
DavonRosenbaum

Dated: July 11, 2022

THE BRICKELL IP GROUP, PLLC
1101 Brickell Avenue
South Tower, Suite 800
Miami FL, 33131
Tel: 305-728-8831
Fax: 305-428-2450

*/s/ Nicole Fundora*
Richard Guerra
Fla. Bar No. 689521
Email: rguerra@brickellip.com
Nicole Fundora
Fla. Bar No. 1010231
Email: nfundora@brickellip.com
*Counsel for Plaintiff*